**Fill in this information to identify the case:**

Debtor 1      Michael Lee Sorensen

Debtor 2      Karla Ann Sorensen
(Spouse, if filing)

United States Bankruptcy Court for the:  Western  District of  Washington

Case number   18-42652-BDL

Official Form 410S1

# Notice of Mortgage Payment Change

12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** U.S. Bank National Association, not in its individual capacity but solely as trustee for the RMAC Trust, Series 2016-CTT

**Court claim no.** (if known): 2

**Last 4 digits** of any number you use to identify the debtor's account:   7  7  2  0

**Date of payment change:**
Must be at least 21 days after date of this notice      5/1/2021

**New total payment:**       $    996.79
Principal, interest, and escrow, if any

## Part 1: Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**

   ☐ No
   ☒ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   Current escrow payment:  $  204.75          New escrow payment:  $  261.65

## Part 2: Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

   ☒ No
   ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   Current interest rate:  _____%         New interest rate:  _____%

   Current principal and interest payment: $ _____     New principal and interest payment: $ _____

## Part 3: Other Payment Change

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**

   ☒ No
   ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement.
   (*Court approval may be required before the payment change can take effect.*)

   Reason for change: _____

   Current mortgage payment: $ _____     New mortgage payment: $ _____

| Debtor 1 | Michael Lee Sorensen | | | Case number (if known) 18-42652-BDL |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☑ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✗ _/s/ signature_
Signature

Date 03/15/2021

Print: Jesse A.P. Baker
First Name  Middle Name  Last Name

Title Authorized Agent for Creditor

Company Aldridge Pite, LLP

Address 4375 Jutland Dr Suite 200; P.O. Box 17933
Number  Street

San Diego  CA  92177
City  State  ZIP Code

Contact phone (858) 750-7600

Email jbaker@aldridgepite.com

---

*Please note the "Present Payment" referenced in the Escrow Account Disclosure Statement attached to this Notice of Mortgage Payment Change is the payment the Debtor is contractually due for under the terms of the mortgage. However, the Debtor's current post-petition payment is as reflected in the previously filed Notice of Mortgage Payment Change.

|                                              | ANTICIPATED ESCROW ACCOUNT DISBURSEMENTS |           |
|----------------------------------------------|------------------------------------------|-----------|
| Rushmore Loan Management Services            | COUNTY TAX                               | $2,452.74 |
| P.O. Box 55004                               | HAZARD INS                               | $687.00   |
| Irvine, CA 92619                             |                                          |           |

**ANNUAL ESCROW ACCOUNT DISCLOSURE STATEMENT
AND CHANGE OF PAYMENT NOTICE PREPARED FOR:**

**Loan Number:**
**Analysis Date: 02/19/2021**

MICHAEL   L  SORENSEN
KARLA   A  SORENSEN
18230   ALEXANDER   LN   SW
ROCHESTER   WA   98579-9266

**NEW MONTHLY PAYMENT IS AS FOLLOWS:**

| | |
|---|---|
| Principal and Interest | $735.14 |
| Required Escrow Payment | $261.65 |
| Shortage/Surplus Spread | $.00 |
| Optional Program Payment | $.00 |
| Buydown or Assistance Payments | $.00 |
| Other | $.00 |
| **TOTAL MONTHLY PAYMENT** | **$996.79** |
| **NEW PAYMENT EFFECTIVE DATE:** | **05/01/2021** |

**FOR BORROWERS IN BANKRUPTCY OR BORROWERS WHOSE DEBT HAS BEEN DISCHARGED IN BANKRUPTCY, THIS IS AN INFORMATIONAL STATEMENT AND IT IS NOT AN ATTEMPT TO COLLECT A DEBT. PLEASE NOTE THAT EVEN IF YOUR DEBT HAS BEEN DISCHARGED IN BANKRUPTCY AND YOU ARE NO LONGER PERSONALLY LIABLE ON THE DEBT, THE LENDER MAY, IN ACCORDANCE WITH APPLICABLE LAW, PURSUE ITS RIGHTS TO FORECLOSE ON THE PROPERTY SECURING THE DEBT.**

Rushmore Loan Management Services has completed an analysis of the escrow account. We have adjusted the mortgage payment to reflect changes in the real estate taxes and/or property insurance. The escrow items to be disbursed from the account are itemized above. If you have questions regarding this analysis, please write to our Customer Service Department at Rushmore Loan Management Services, P.O. Box 55004, Irvine, CA 92619, or call toll-free 1-888-504-6700.

**In the event you utilize a third party to remit your payments, please inform them of the effective date of any change in your payment.**

### ANNUAL ESCROW ACCOUNT PROJECTION FOR THE COMING YEAR

This is an estimate of activity in the escrow account during the coming year based on payments anticipated to be made from the account.

| MONTH | PAYMENTS TO ESCROW ACCOUNT | MIP/PMI | TAXES | FLOOD | HAZ. INS. | SPECIAL | PROJECTED | REQUIRED |
|---|---|---|---|---|---|---|---|---|
| STARTING BALANCE | | | | | | | $1905.36 | $0.06- |
| MAY 21 | $261.65 | | | | | | $2167.01 | $261.59 |
| JUN 21 | $261.65 | | | | | | $2428.66 | $523.24 |
| JUL 21 | $261.65 | | | | | | $2690.31 | $784.89 |
| AUG 21 | $261.65 | | | | | | $2951.96 | $1046.54 |
| SEP 21 | $261.65 | | | | | | $3213.61 | $1308.19 |
| OCT 21 | $261.65 | | $1226.37 | | | | $2248.89 | $343.47 |
| NOV 21 | $261.65 | | | | | | $2510.54 | $605.12 |
| DEC 21 | $261.65 | | | | | | $2772.19 | $866.77 |
| JAN 22 | $261.65 | | | | | | $3033.84 | $1128.42 |
| FEB 22 | $261.65 | | | | | | $3295.49 | $1390.07 |
| MAR 22 | $261.65 | | | | | | $3557.14 | $1651.72 |
| APR 22 | $261.65 | | $1226.37 | | $687.00 | | $1905.42 | $0.00 * |

*Indicates a projected low point of $1,905.42 . Under the mortgage contract, state or federal law, the lowest monthly balance should not exceed $.00. The difference between the projected low point and the amount required is $1,905.42 . This is the surplus.

Please keep this statement for comparison with the actual activity in your account at the end of the next escrow accounting computation year.

IF THIS ESCROW ANALYSIS INDICATES THAT THERE IS A SURPLUS, IT MAY NOT MEAN THAT YOU ARE ENTITLED TO RECEIVE A RETURN OF THAT SURPLUS. THIS ANALYSIS WAS CALCULATED BASED ON AN ASSUMPTION THAT THE ACCOUNT IS CURRENT ACCORDING TO THE TERMS OF THE NOTE AND MORTGAGE/DEED OF TRUST. IF THE ACCOUNT IS BEHIND, IN DEFAULT, OR IN BANKRUPTCY, THIS ANALYSIS MAY NOT REFLECT THE CURRENT STATE OF THE ACCOUNT OR THE TERMS OF A BANKRUPTCY PLAN. IF THERE ARE ENOUGH FUNDS IN THE ESCROW ACCOUNT AND THE SURPLUS IS $50 OR GREATER, THAT SURPLUS WILL BE MAILED TO YOU WITHIN 30 DAYS, PROVIDED THE ACCOUNT IS CURRENT UNDER THE TERMS OF THE NOTE AND MORTGAGE/DEED OF TRUST.

**LOAN NUMBER:**

**NAME:** MICHAEL   L  SORENSEN

**SURPLUS AMOUNT:** $1,905.42

IF THERE ARE ENOUGH FUNDS IN THE ACCOUNT TO DISBURSE THE PROJECTED OVERAGE AND THE ACCOUNT IS CURRENT, THEN THE REFUND WILL BE MAILED TO YOU WITHIN 30 DAYS.

Loan Number: [REDACTED]    Name: MICHAEL L SORENSEN

**ANNUAL ESCROW ACCOUNT DISCLOSURE STATEMENT - ACCOUNT HISTORY**

This is a statement of actual activity in the escrow account from 05/2020 through 04/2021. Last year's projections are next to the actual activity. The most recent mortgage payment was $949.27 of which $214.13 went to the escrow account and the remainder of $735.14 went towards the mortgage loan. An asterisk (*) indicates a difference between a projected disbursement and actual activity.

| MONTH | PAYMENTS TO ESCROW ACCOUNT PROJECTED | ACTUAL | PAYMENTS FROM ESCROW ACCOUNT PROJECTED | ACTUAL | DESCRIPTION | ESCROW BALANCE COMPARISON PROJECTED | ACTUAL |
|---|---|---|---|---|---|---|---|
| STARTING BAL. | | | | | | $0.00 | $3233.73- |
| MAY 20 | $204.75 | $235.71* | | | | $204.75 | $2998.02- |
| JUN 20 | $204.75 | $707.13* | | | | $409.50 | $2290.89- |
| JUL 20 | $204.75 | $596.39* | | | | $614.25 | $1694.50- |
| AUG 20 | $204.75 | $428.26* | | | | $819.00 | $1266.24- |
| SEP 20 | $204.75 | * | | | | $1023.75 | $1266.24- |
| OCT 20 | $204.75 | $856.52* | $892.50 | $1226.37* | COUNTY/PARIS | $336.00 | $1636.09- |
| NOV 20 | $204.75 | $642.39* | | | | $540.75 | $993.70- |
| DEC 20 | $204.75 | $428.26* | | | | $745.50 | $565.44- |
| JAN 21 | $204.75 | $642.39* | | | | $950.25 | $76.95 |
| FEB 21 | $204.75 | $3332.28* | | | | $1155.00 | $3409.23 |
| MAR 21 | $204.75 | $204.75 | | | | $1359.75 | $3613.98 |
| APR 21 | $204.75 | $204.75 | $892.50 | $1226.37* | COUNTY/PARIS | $672.00 | $2592.36 |
| APR 21 | | | $672.00 | $687.00* | HAZARD INS. | $0.00 | $1905.36 |

Last year, we anticipated that payments from the escrow account would be made during this period totaling $2,457.00. The lowest monthly balance should not have exceeded $.00, the lowest amount required by the mortgage contract, state or federal law.

OVER THIS PERIOD, AN ADDITIONAL $.00 WAS DEPOSITED INTO THE ESCROW ACCOUNT FOR INTEREST ON ESCROW.

The actual lowest monthly balance was less than $.00. The items with an asterisk on the account history may explain this, if you would like a further explanation, please call our toll-free number: 1-888-504-6700.

# ADDITIONAL NOTICES

Rushmore Loan Management Services LLC is a Debt Collector attempting to collect a debt.

**Bankruptcy Notice.** If you are in bankruptcy or if your obligation to repay this loan was discharged in bankruptcy, this informational notice is sent to you in order to comply with statutory requirements. It is not an attempt to collect a debt. You may disregard information relating to payment remittance. You are not obligated to make payments and any amount(s) you do pay Rushmore is at your discretion. Please note, however, Rushmore reserves the right to exercise its legal rights, including but not limited to foreclosure of its lien interest, only against the property securing the original obligation.

If you have any other mortgage loans secured by the same property not serviced by Rushmore, please contact your other servicer directly to discuss any possible loss mitigation options that may be available to you.

If you are a confirmed Successor-in-Interest who has not assumed the mortgage loan obligation under State Law, this letter is being sent for information purposes only and does not constitute personal liability with respect to the debt.

**LEGAL NOTIFICATION:** Rushmore Loan Management Services LLC may report information about your account to credit bureaus. Late payments, missed payments or other defaults on your account may be reflected in your credit report.

**Notice of Error Resolution & Information Request Procedures**
The following outlines the Error Resolution and Information Request Procedures for your mortgage account at Rushmore Loan Management Services LLC (RLMS). Please keep this document for your records.

*If you think an error has occurred on your mortgage account or if you need specific information about the servicing of your loan, please write us at:*

**Rushmore Loan Management Services LLC**
P.O. Box 52262
Irvine, California 92619-2262

All written requests for information or notices of error should contain the following information:

1. Your name
2. Account number
3. Property Address
4. Description of the error and explanation as to why you believe it is an error or a request for specific information regarding the servicing of your loan
5. Current contact information so we may follow up with you

All written requests for specific information will be handled within 30 days of receipt. We will determine whether an error occurred within 30 days after receiving your notice of error and will correct any error promptly (Notices of error on payoff statements will be handled within 7 days). If additional time is needed to investigate your complaint or request, we may take up to 45 days but we will notify you of the extension within the original 30 days. If we decide that there was no error, we will send you a written explanation. You may ask for copies of the documents that we used in our investigation.

**HUD STATEMENT**
Pursuant to section 169 of the Housing and Community Development Act of 1987, you may have the opportunity to receive counseling from various local agencies regarding the retention of your home. You may obtain a list of the HUD approved housing counseling agencies by calling the HUD nationwide toll free telephone at 1-800-569-4287.

**Equal Credit Opportunity Act Disclosure**
NOTICE: The federal Equal Credit Opportunity Act prohibits creditors from discriminating against credit applicants on the basis of race, color, religion, national origin, sex, marital status, age (provided the applicant has the capacity to enter into a binding contract); because all or part of the applicant's income derives from any public assistance program; or because the applicant has in good faith exercised any right under the Consumer Credit Protection Act. The federal agency that administers compliance with this law concerning this creditor is the Bureau of Consumer Financial Protection, 1700 G Street NW, Washington, DC 20552.

REV 02/20



P.O. Box 55004  
Suite 100  
Irvine, CA 92619

ANTICIPATED ESCROW ACCOUNT DISBURSEMENTS

www.rushmorelm.com

**FOR BORROWERS IN BANKRUPTCY OR BORROWERS WHOSE DEBT HAS BEEN DISCHARGED IN BANKRUPTCY, THIS IS AN INFORMATIONAL STATEMENT AND IT IS NOT AN ATTEMPT TO COLLECT A DEBT. PLEASE NOTE THAT EVEN IF YOUR DEBT HAS BEEN DISCHARGED IN BANKRUPTCY AND YOU ARE NO LONGER PERSONALLY LIABLE ON THE DEBT, THE LENDER MAY, IN ACCORDANCE WITH APPLICABLE LAY, PURSUE ITS RIGHTS TO FORECLOSE ON THE PROPERTY SECURING THE DEBT.**

IF THIS ESCROW ANALYSIS INDICATES THAT THERE IS A SURPLUS, IT MAY NOT MEAN THAT YOU ARE ENTITLED TO RECEIVE A RETURN OF THAT SURPLUS. THIS ANALYSIS WAS CALCULATED BASED ON AN ASSUMPTION THAT THE ACCOUNT IS CURRENT ACCORDING TO THE TERMS OF THE NOTE AND MORTGAGE/DEED OF TRUST. IF THE ACCOUNT IS BEHIND, IN DEFAULT, OR IN BANKRUPTCY, THIS ANALYSIS MAY NOT REFLECT THE CURRENT STATE OF THE ACCOUNT OR THE TERMS OF A BANKRUPTCY PLAN. IF THERE ARE ENOUGH FUNDS IN THE ESCROW ACCOUNT AND THE SURPLUS IS $50 OR GREATER, THAT SURPLUS WILL BE MAILED TO YOU WITHIN 30 DAYS, PROVIDED THE ACCOUNT IS CURRENT UNDER THE TERMS OF THE NOTE AND MORTGAGE/DEED OF TRUST.

*If there is an amount listed in the "Actual" column under Payments To Escrow Account on Page 2 above, then this is the assumption that was made and indicates the amount that would have been paid into escrow for a contractually current loan. This number does not represent payments that were actually made by you. As discussed above, these escrow calculations are calculated based on an assumption that the account would be current according to the terms of the note and mortgage/deed of trust.



| | |
|---|---|
| 1 | JESSE A.P. BAKER (SBN 36077) |
| | jbaker@aldridgepite.com |
| 2 | **ALDRIDGE PITE, LLP** |
| | The Ogden Building |
| 3 | 9311 SE 36th St, Ste 207 |
| | Mercer Island, WA 98040 |
| 4 | Telephone: (425) 644-6471 |
| | Facsimile: (619) 590-1385 |
| 5 | |
| | **Mailing Address:** |
| 6 | 4375 Jutland Drive, Suite 200 |
| | P.O. Box 17933 |
| 7 | San Diego, CA 92177-0933 |
| | Telephone: (858) 750-7600 |
| 8 | Facsimile: (619) 590-1385 |
| 9 | Attorneys for U.S. BANK NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS TRUSTEE FOR THE RMAC TRUST, SERIES 2016-CTT |

## UNITED STATES BANKRUPTCY COURT

## WESTERN DISTRICT OF WASHINGTON - TACOMA DIVISION

| | |
|---|---|
| In re | Case No. 18-42652-BDL |
| MICHAEL LEE SORENSEN and KARLA ANN SORENSEN, | Chapter 13 |
| | **PROOF OF SERVICE BY MAIL** |
| Debtor(s). | |

I, Melissa Gonzalez, declare that:

I am employed by Aldridge Pite, LLP. My business address is: Fifteen Piedmont Center, 3575 Piedmont Road, N.E., Suite 500, Atlanta, GA 30305. I am over the age of eighteen years and not a party to this case.

On March 16, 2021, I caused the Notice of Mortgage Payment Change to be served by placing a true and correct copy thereof enclosed in a sealed envelope with postage thereon fully prepaid in the United States Mail, addressed as follows: SEE ATTACHED SERVICE LIST.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: March 16, 2021 /s/ Melissa Gonzalez
Melissa Gonzalez

1

## SERVICE LIST

**DEBTOR(S)**
(VIA U.S. MAIL)

Michael Lee Sorensen
Karla Ann Sorensen
18230 Alexander Lane SW
Rochester, WA 98579

**DEBTOR(S) ATTORNEY**
(VIA ELECTRONIC NOTICE)

Amanda N Martin

**CHAPTER 13 TRUSTEE**
(VIA ELECTRONIC NOTICE)

Michael G. Malaier

**U.S. TRUSTEE**
(VIA ELECTRONIC NOTICE)

U.S. Trustee