| Fill in this information to identify the case: | |
|---|---|
| Debtor 1 | Michael Lee Sorensen |
| Debtor 2 (Spouse, if filing) | Karla Ann Sorensen |
| United States Bankruptcy Court for the: | Western District of Washington (State) |
| Case number | 18-42652-BDL |

# Form 4100R
## Response to Notice of Final Cure Payment     10/15

According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.

### Part 1: Mortgage Information

**Name of creditor:** U.S. Bank National Association, not in its individual capacity but solely as trustee for the RMAC Trust, Series 2016-CTT

**Court claim no.** (if known): 2

**Last 4 digits** of any number you use to identify the debtor's account: ******7720

**Property address:**
18230 Alexander Lane SE
Number     Street

Rochester     WA     98579
City     State     ZIP Code

### Part 2: Prepetition Default Payments

*Check one:*

☑ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:     $ _____

### Part 3: Postpetition Mortgage Payment

*Check one:*

☑ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on: 08 / 01 / 2022
MM / DD / YYYY

☐ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a. Total postpetition ongoing payments due:     (a) $ _____

b. Total fees, charges, expenses, escrow, and costs outstanding:     + (b) $ _____

c. **Total**. Add lines a and b.     (c) $     0.00

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on:     __/__/__
MM / DD / YYYY

Form 4100R     **Response to Notice of Final Cure Payment**     page 1

Case 18-42652-BDL    Doc    Filed 06/30/22    Ent. 06/30/22 10:51:30    Pg. 1 of 3

| Debtor 1 | Michael Lee Sorensen | Case number (if known) 18-42652-BDL |
|---|---|---|
| | First Name  Middle Name  Last Name | |

## Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- ■ all payments received;
- ■ all fees, costs, escrow, and expenses assessed to the mortgage; and
- ■ all amounts the creditor contends remain unpaid.

## Part 5: Sign Here

**The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.**

*Check the appropriate box::*

❑ I am the creditor.
☑ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

✗ _____[signature]_____   Date 6 / 29 / 2022
Signature

Print: **Jesse A.P. Baker**
First Name  Middle Name  Last Name

Title: Attorney WA SBN 36077

Company: Aldridge Pite, LLP

**If different from the notice address listed on the proof of claim to which this response applies:**

Address: 4375 Jutland Drive, Suite 200
Number  Street

San Diego   CA   92117
City   State   ZIP Code

Contact phone (858) 750-7600   Email jbaker@aldridgepite.com

**Certificate of Service**

I hereby certify that a copy of the foregoing Response to Notice of Final Cure Payment was served on the parties listed below by postage prepaid U.S. Mail, First Class or served electronically through the Court's ECF System at the e-mail address registered with the Court on

Date: June 30, 2022

| | |
|---|---|
| Chapter 13 Trustee: | Michael G. Malaier |
| Trustee Address: | 2122 Commerce Street |
| | Tacoma, WA 98402 |
| Trustee Email: | ecfcomputer@chapter13tacoma.org |
| Debtor's Counsel Name: | Amanda N Martin |
| Debtor's Counsel Address: | 936 N. 34th St. Ste. 300 |
| | Seattle, WA 98103 |
| Debtor's Counsel Email: | Amanda@nwclc.org |
| Debtor 1 Name: | Michael Lee Sorensen |
| Debtor 2 Name: | Karla Ann Sorensen |
| Debtor's Mailing Address: | 18230 Alexander Lane SW  Rochester, WA 98579 |

/s/ Ciara M. Reboya